Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorney for Plaintiff
STOCKFOOD AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STOCKFOOD AMERICA, INC., | Case No.: 2:21-cv-01286 DMG(Ex) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| THE PROCTER & GAMBLE COMPANY DBA WWW.ENVIEDEPLUS.COM | |
| Defendant. | |

Plaintiff Stockfood America, Inc., by and through its undersigned counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notifies the Court that the parties have reached a settlement, and requests until May 28, 2021 in which to file a Notice of Dismissal.

/ / /

/ / /

1

1 | DATED: March 26, 2021           Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Stockfood America, Inc.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

2

2:21-cv-01286 DMG(Ex)